UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISSAC ZOELEE,

        Petitioner,

   v.

DEBBIE ASUNCION,

        Respondent.

Case No. 16-cv-4215 LHK (PR)

**ORDER OF TRANSFER**

Petitioner, a state prisoner at the California State Prison in Lancaster, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner challenges his state conviction from the Superior Court of Los Angeles County.  Venue for a habeas action is proper in either the district of confinement or the district of conviction, *see* 28 U.S.C. § 2241(d), however, petitions challenging a conviction or sentence are preferably heard in the district of conviction.  *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Here, the Central District of California is the district of conviction.

Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California

**IT IS SO ORDERED.**

DATED: 8/25/2016

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 16-cv-4215 LHK (PR)
ORDER OF TRANSFER

1